IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN BRIEZ, *et al.*,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　/ | No. CR 08-00730 WHA<br><br>**ORDER TO CONTINUE SENTENCING DATE OF DEFENDANT BRIEZ** |

　　　Defendant Briez and the government have stipulated to continue his sentencing hearing for six weeks on the grounds that defendant's counsel desires additional time to review defendant's medical history. Defense counsel states that defendant Briez was in a coma for a long period of time as a result of a head injury that he sustained in a motorcycle accident. Defense counsel states that he needs additional time to review this medical history so it may be included in the presentence report.

　　　The continuance of defendant's sentencing is **GRANTED IN PART**. The sentencing hearing shall be continued to **MAY 11, 2010, AT 2:00 P.M.**

　　　**IT IS SO ORDERED.**

Dated: April 7, 2010.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE