1  JOHN M. RUNFOLA SBN 96058
   Attorney at Law
2  Pier 9, Suite 100
   San Francisco, California 94101
3  Telephone: (415) 391-4243
   Facsimile: (415) 391-5161
4
   Attorney for Defendant
5  JOHN BREIZ

6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11
                                              )
12  UNITED STATES OF AMERICA,                  )   Criminal No.08-0730 WHA
                                              )
13          Plaintiff,                         )   **STIPULATION AND**
                                              )   **[PROPOSED] ORDER TO**
14      v.                                     )   **CONTINUE May 11, 2010**
                                              )   **SENTENCING DATE**
15  JOHN BREIZ                                 )
                                              )
16          Defendant.                         )
    _____)
17

18

19      IT IS HEREBY STIPULATED by and between Assistant United States Attorney,

20  Wilson Leung, counsel for the plaintiff United States of America, and John M. Runfola,

21  counsel for the defendant John Breiz, that the sentencing hearing in this Court scheduled for

22  May 11, 2010 at 2:00 p.m., is extended until July 14, 2010 at 2:00 p.m., or as soon thereafter

23  as is convenient for the Court.

24      This continuance is sought by counsel for the defense. The defendant had been in a

25  coma for a long period of time as a result of a head injury he sustained during a motorcycle

26  accident. Counsel for the defendant has requested and obtained medical records pertaining

27  to this accident, the treatment, and rehabilitation of Mr. Breiz. The medical records are

28  voluminous and the review process is taking longer than expected. It is the desire of counsel

for the defendant that this medical history be included in the Presentence Report which is to be prepared by Ms. Carrubba at the United States Probation Office. Counsel for the defendant therefore request additional time to review the medical records with the defendant and prepare this matter for sentencing.

The parties hereby request and agree that the sentencing hearing be continued to July 14, 2010 at 2:00 p.m., or as soon thereafter as is convenient for the Court.

My office has checked with Dawn Toland and she has confirmed that July 14, 2010 is an available and preferable date for the Court's calendar.

No party objects to the requested continuance.

**IT IS SO STIPULATED.**

Dated:     05/07/10                     _____/s/_____
                                        JOHN M. RUNFOLA
                                        Counsel for John Breiz

Dated:    05/07/10                      _____/s/_____
                                        WILSON LEUNG
                                        Assistant United States Attorney

**IT IS SO ORDERED**

Dated:  May 8, 2010.                    _____
                                        HON. JUDGE WILLIAM ALSUP
                                        United States District Judge

*IT IS SO ORDERED — Judge William Alsup (signed seal)*