IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JOHN BRIEZ, *et al.*,<br><br>   Defendants.<br>                                                              / | No. CR 08-00730 WHA<br><br>**ORDER RE STIPULATION TO FURTHER CONTINUE SENTENCING DATE OF DEFENDANT BRIEZ** |

Defendant Briez was originally scheduled to be sentenced on April 13. Sentencing has been continued twice on the grounds that defendant's counsel desired additional time to review defendant's medical history. Defense counsel stated specifically that defendant Briez was in a coma for a long period of time as a result of a head injury that he sustained in a motorcycle accident. Defense counsel stated that he needed additional time to review this medical history so it could be included in the presentence report.

Sentencing is currently scheduled for July 14, 2010. Now defendant seeks yet another continuance for the same stated reason as before. Although the parties have stipulated to this continuance, they have not explained why the previous continuances were insufficient to resolve all outstanding issues.

The July 14 hearing shall go forward as scheduled. The Court shall consider the motion to continue sentencing at that time, but the parties should be fully prepared for sentencing on July

14. Counsel should be prepared to answer why all issues related to defendant's medical history were not addressed months ago.

**IT IS SO ORDERED.**

Dated: July 13, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE