United States District Court

For the Northern District of California

1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,

11              Plaintiff,                          No. CR 08-0730 WHA

12     v.

13   JOHN BRIEZ, *et al.*,                          **ORDER RE SENTENCING DATE**

14              Defendants.

15   _____/

16        The sentencing is hereby **CONTINUED** to **OCTOBER 26, 2010, AT 2:00 P.M.**  Mr. Runfola

17   has promised to be ready and to file his sentencing memo by October 19.

18

19        **IT IS SO ORDERED.**

20

21   Dated:  July 14, 2010.

22                                                  _____
                                                    WILLIAM ALSUP
23                                                  UNITED STATES DISTRICT JUDGE

24

25

26

27

28